UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI RAJAGOPAL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MODESTO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-2967 DB P<br><br><br>ORDER |

　　　　Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has submitted a second request for an extension of time to file an in forma pauperis application.  (ECF No. 8.)  In support of the motion, plaintiff states that his incarceration has hindered his ability to submit a properly completed application to proceed in forma pauperis.  Good cause appearing, the court will grant the motion.  However, absent extraordinary circumstances, no further extensions of time for this purpose will be granted.

////

////

////

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

3     2. Plaintiff is granted thirty days from the date of this order in which to submit a properly completed affidavit in support of a request to proceed in forma pauperis.

Dated: February 12, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/raja2967.36ifp