UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI RAJAGOPAL,<br><br>           Plaintiff,<br><br>    v.<br><br>MODESTO POLICE DEPT., et al.,<br><br>           Defendants. | No.  2:23-cv-2967 DAD SCR P<br><br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  Before the court are plaintiff's motions to proceed in forma pauperis ("IFP") and his complaint for screening.  For the reasons set forth below, this court vacates its prior recommendation that plaintiff's motions to proceed IFP be denied, grants plaintiff's motions to proceed IFP, and directs plaintiff to inform the court whether he wishes to proceed on his original complaint, proceed on his first amended complaint, or file a new complaint.

**IN FORMA PAUPERIS**

On September 23, 2024, this court found plaintiff's affidavits in support of his motions to proceed IFP showed that he had sufficient funds in a bank account to pay the filing fee.  This court therefore recommended plaintiff's motions to proceed IFP be denied.  (ECF No. 18.)  In objections to that recommendation, plaintiff states that since he has been incarcerated he does not have access to his bank accounts and does not have a family member who could provide him the

1

money to pay the filing fee. (ECF No. 19.) Based on plaintiff's representations, this court will vacate its recommendation that plaintiff's motions to proceed IFP be denied. Because this court now finds that plaintiff has made the showing required by 28 U.S.C. §1915(a), the requests to proceed IFP will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. §1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. §1915(b)(2).

**SCREENING**

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. See 28 U.S.C. §1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. See 28 U.S.C. §1915A(b)(1) & (2).

Plaintiff filed his original complaint on December 19, 2023. (ECF No. 1.) On March 11, 2024, plaintiff filed a first amended complaint. (ECF No. 16.) An amended complaint supersedes any prior complaint. In addition, the amended complaint must be complete in itself without reference to any prior pleading. E.D. Cal. R. 220. It is not clear how plaintiff wishes to proceed. Plaintiff's amended complaint includes the case number for the present case. However, on page 2, plaintiff refers to the present case as a pending prior case. On page 4, plaintiff indicates that he is seeking to add new claims or information to his prior complaint.

Plaintiff will be given the opportunity to do one of three things. First, plaintiff may

inform the court that he wishes to proceed on his original complaint, in which case he will voluntarily dismiss his first amended complaint. Second, plaintiff may inform the court that he wishes to proceed on his first amended complaint. As stated above, if plaintiff chooses this option, this court will not consider the allegations made in plaintiff's original complaint. Third, plaintiff may choose to file a second amended complaint that includes all claims and defendants plaintiff wishes to pursue in this case. After plaintiff has informed the court how he wishes to proceed, this court will screen the appropriate complaint.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that

1. The Findings and Recommendations filed September 23, 2024 (ECF No. 18) are vacated.

2. Plaintiff's requests for leave to proceed in forma pauperis (ECF No. 10, 12) are granted.

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. §1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Stanislaus County Sheriff filed concurrently herewith.

4. Within thirty days of the date of this order, plaintiff shall file one of the following things:

    a. A statement that plaintiff wishes to proceed with his original complaint;

    b. A statement that plaintiff wishes to proceed with his first amended complaint; or

    c. A second amended complaint.

DATED: November 4, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE